AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

FILED
MAY - 3 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States of America
v.

RYAN JOSEPH PALMIERI

Case No. 4:19 MJ 3090 NCC

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  February 2019 - April 2019  in the county of  ST. LOUIS COUNTY  in the
EASTERN  District of  MISSOURI , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2423(b) | Travel with intent to engage in illicit sexual conduct |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

John Mark Burbridge, Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/03/2019

*Judge's signature*

City and state:  St. Louis, Missouri

Honorable Noelle C. Collins, U.S. Magistrate Judge

*Printed name and title*